# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MELISSA MOORE,**

      **Plaintiff,**

**v.**                                                          **Case No: 6:17-cv-1151-Orl-31DCI**

**K&G TRANSPORT, INC.,**

      **Defendant.**

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Irick (Doc. 11) recommending that the Motion for Entry of Default Judgment (Doc. 10) be GRANTED in part and DENIED, in part. There being no objection to the Report and Recommendation and the Court being otherwise advised in the premises, it is

**ORDERED** that the Report and Recommendation is CONFIRMED and ADOPTED as part of this Order. The Motion for Entry of Default Judgment is GRANTED to the extent that judgment be entered for Plaintiff and against Defendant in the total amount of $4,776.50 ($2,130.75 unpaid overtime wages and $2,130.75 liquidated damages and $515 costs) and otherwise denied.

It is further **ORDERED** that the Clerk shall enter judgment as noted above and close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 2, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party